# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 21-209 |
| | : | |
| TYRESE CARTER | : | |
| | : | |

## ORDER

**AND NOW**, this **13th** day of **April 2023**, upon consideration of Defendant Tyrese Carter's Motion for Compassionate Release or Reduction of Sentence under 18 U.S.C. § 3582(c)(1)(A) (ECF No. 37), and the Government's Response in Opposition (ECF No. 39), it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum, the Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

Cc:   Pro se
      U.S. Attorney